UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

CASE NO.: 3:25-cv-00191

FALCO ERMERT,

        Plaintiff,

v.

SANDY @ TRAVEL EXPERTS OF LA CROSSE LLC,

        Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff FALCO ERMERT by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated: May 28, 2025        Respectfully submitted,

        */s/ Evan A. Andersen*
        EVAN A. ANDERSEN
        Bar Number: 377422
        evan.andersen@sriplaw.com

        **SRIPLAW, P. A.**
        3355 Lenox Road NE
        Suite 750
        Atlanta, GA 30326
        470.598.0800 – Telephone
        561.404.4353 – Facsimile

        *Counsel for Plaintiff Falco Ermert*